[No. 7936–1–I. Division One. December 22, 1980.]

MABEL VAN DYKE, ET AL, *Respondents,* v. THE CITY OF SEATTLE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 849575, Robert E. Dixon, J., entered July 6, 1979. *Affirmed* by unpublished opinion per Durham, J., concurred in by James, A.C.J., and Ringold, J.

[No. 3608–1–III. Division Three. December 23, 1980.]

*In the Matter of the Marriage of* DELORES J. MASON, *Respondent, and* STARLEY L. MASON, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 234939, William J. Grant, J., entered August 14, 1979. *Affirmed in part* and *reversed in part* by unpublished opinion per Munson, J., concurred in by McInturff and Roe, JJ.

[No. 3850–5–III. Division Three. December 23, 1980.]

WARREN MILLER, *Appellant,* v. HELEN MILLER, *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 209986, Thomas E. Merryman, J., entered February 22, 1980. *Affirmed in part* and *reversed in part* by unpublished per curiam opinion.